# United States District Court Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VA51 | E 2645967 | A. Robinson | 5257 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑ USC ☑ State Code |
|---|---|
| 09/06/2026 16:06 | 18 USC 13 / VSC 46.2-300 |

Place of Offense: Harris Ave near Parking Lot 26

Offense Description: Factual Basis for Charge — HAZMAT ☐

Driving without a license

**DEFENDANT INFORMATION** [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| McCray | Cameron | R |

Street Address [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| UFE 3456 | VA | 06 | Mercury Grand | | Silver |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ Total Collateral Due |

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| US District Court<br>2400 West Ave<br>Newport News, VA 23607 | 11/10/2026 |
| | Time: 0930 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

CVB SCAN 09/21/2026 16:49

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on ____________, 20____ while exercising my duties as a law enforcement officer in the ____________ District of ______________

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ____________ Date (mm/dd/yyyy) ____________ Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________ Date (mm/dd/yyyy) ____________ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/21/2026 16:49